United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 19, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-40674
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN ELISEO ARMENDARIZ-CHAVEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:04-CR-11-ALL
--------------------

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before BENAVIDES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:*

     This court affirmed the sentence of Juan Eliseo Armendariz-
Chavez (Armendariz).  The Supreme Court vacated and remanded for
further consideration in light of Lopez v. Gonzales, 127 S. Ct.
625 (2006).  Both parties have informed us that Armendariz has
been released from custody and that his term of supervised
release has expired.  Accordingly, the appeal is moot and is
DISMISSED.  See United States v. Clark, 193 F.3d 845, 847-48 (5th
Cir. 1999).

---

     * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.